**J. M. Bonga, appellee, v. The Bond & Mortgage Company, appellant. Gen. No. 29,245.**

Action in replevin to recover possession of a bond. Judgment for the plaintiff. Appeal from the Municipal Court of Chicago; the Hon. Peter H. Schwaba, Judge, presiding. Heard in the first division of this court for the first district at the March term, 1924. Reversed and judgment entered for $560.08. Opinion filed January 26, 1925.

Francis A. Harper, for appellant. Weissenbach, Hartman, Craig & Okin, for appellee; Harry Okin, of counsel.

Mr. Justice Johnston delivered the opinion of the court.

---

**Winfield H. Schendorf and Oscar H. Boenicke, appellants, v. Margaret J. Ayers, appellee. Gen. No. 28,903.**

Action to recover real estate brokers' commissions. Judgment for the defendant. Appeal from the Municipal Court of Chicago; the Hon. Alfar M. Eberhardt, Judge, presiding. Heard in the first division of this court for the first district at the October term, 1923. Affirmed. Opinion filed January 26, 1925.

Henry M. Hagan, for appellants; Charles E. Selleck, of counsel. James G. Skinner, for appellee.

Mr. Justice Matchett delivered the opinion of the court.

---

**R. G. Loock & Company, appellee, v. Simplex Corporation, appellant. Gen. No. 29,166.**

Action to recover contract price of goods manufactured and delivered to defendant. Judgment for plaintiff. Remittitur on petition for rehearing. Appeal from the Municipal Court of Chicago; the Hon. Joel C. Fitch, Judge, presiding. Heard in the first division of this court for the first district at the March term, 1924. Reversed and remanded. Opinion filed January 26, 1925. Rehearing denied February 9, 1925. *Certiorari* denied by Supreme Court (making opinion final).

George E. Kanary, for appellant; Harry E. Smoot, of counsel. Hoyne, O'Connor & Rubinkam, for appellee.

Mr. Justice Matchett delivered the opinion of the court.

---

**Elizabeth Kaphen, administratrix of the estate of Orla W. Kaphen, deceased, appellee, v. Minneapolis, St. Paul & Sault Ste. Marie Railway Company and Nicholas Moreth. Minneapolis, St. Paul & Sault Ste. Marie Railway Company, appellant. Gen. No. 29,230.**

Action to recover damages for wrongful death. Judgment for plaintiff. Appeal from the Superior Court of Cook county; the Hon. Harry C. Stuttle, Judge, presiding. Heard in the first division of this court for the first district at the March term, 1924. Affirmed. Opinion filed January 26, 1925. Rehearing denied February 9, 1925.

H. S. Mitchell, John L. Erdall and John E. Palmer, for appellant; John L. McInerney, of counsel. George C. Bliss, for appellee.

Mr. Justice Matchett delivered the opinion of the court.

---

**Burlington Blanket Company, appellant, v. George W. Cook and Citizens State Bank of Melrose Park, intervenor, appellees. Gen. No. 29,248.**

Bill for an accounting. Cross-bill by intervening bank. Decree for defendant and intervenor. Appeal from the Superior Court of

Cook county; the Hon. Denis E. Sullivan, Judge, presiding. Heard in the first division of this court for the first district at the March term, 1924. Reversed and remanded with directions. Opinion filed January 26, 1925. *Certiorari* denied by Supreme Court (making opinion final).

Julian C. Ryer, for appellant. Charles J. Trainor, for appellees.

Mr. Justice Matchett delivered the opinion of the court.

---

**W. S. Howell, appellee, v. Albert Kessell and Jacob Kessell, co-partners, trading as Kessell Brothers, appellants. Gen. No. 29,331.**

Action to recover insurance premiums paid by plaintiff on defendants' account. Judgment for plaintiff. Appeal from the Municipal Court of Chicago; the Hon. Harry C. Stuttle, Judge, presiding. Heard in the first division of this court for the first district at the March term, 1924. Affirmed. Opinion filed January 26, 1925. Rehearing denied February 9, 1925.

Ritchie, Colby, Meyer & Brisgall, for appellants. Harry C. Lindahl, for appellee; Cleland, Lee & Phelps, of counsel.

Mr. Justice Matchett delivered the opinion of the court.

---

**Bruce Osborne, complainant, and the American Land & Security Company, interpleader, appellant, v. John L. Wells, appellee. Gen. No. 29,374.**

Action to recover certain promissory notes and collateral pledged therefor. Decree for the defendant. Appeal from the Superior Court of Cook county; the Hon. Daniel P. Trude, Judge, presiding. Heard in the first division of this court for the first district at the March term, 1924. Affirmed. Opinion filed January 26, 1925. Rehearing denied February 9, 1925.

John W. Creekmur, for appellant. O. J. C. Wray, for appellee.

Mr. Justice Matchett delivered the opinion of the court.

---

**H. W. Goodman, appellee, v. General Motor Underwriters, appellant. Gen. No. 29,383.**

Action on automobile insurance policy. Judgment for plaintiff. Appeal from the Municipal Court of Chicago; the Hon. Daniel P. Trude, Judge, presiding. Heard in the first division of this court for the first district at the March term, 1924. Affirmed. Opinion filed January 26, 1925. Rehearing denied February 9, 1925.

Montgomery, Hart & Smith, for appellant; Irving Herriott, of counsel. Gray & Nuttall, for appellee.

Mr. Justice Matchett delivered the opinion of the court.

---

**Charles B. Trescott, appellee, v. Stamford White, appellant. Gen. No. 29,375.**

Action to recover unpaid royalties on patents. Judgment for plaintiff. Appeal from the Circuit Court of Cook county; the Hon. Philip L. Sullivan, Judge, presiding. Heard in the second division of this court for the first district at the March term, 1924. Affirmed. Opinion filed February 3, 1925. *Certiorari* denied by Supreme Court (making opinion final).

McNab, Holmes & Long, for appellant; Elmer Leesman, of counsel. George C. Otto, for appellee.

Mr. Presiding Justice Fitch delivered the opinion of the court.